

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                     01-14-00133-CV

Style:                            United Services Automobile Association

                                 **v.** Joseph Hayes, Jr. and Joanne Hayes

Date motion filed[*]:             August 26, 2014

Type of motion:                   Appellant USAA's Unopposed Motion for Extension of Time to File Brief

Party filing motion:              Appellant/Cross-Appellee

Document to be filed:             United Services Automobile Association's Brief of Appellant

Is appeal accelerated?      No

If motion to extend time:

    Original due date:                  June 16, 2014

    Number of previous extensions granted:      32            Current Due date: August 27, 2014

    Date Requested:                     September 26, 2014

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  **September 26, 2014**

        ☑    **The Court will not grant additional motions to extend time to file appellant's brief.**

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature:   /s/ Terry Jennings
                     ☑ Acting individually

Date:  September 4, 2014